UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIMA M. ABOUASSAAD | § § | |
| V. | § § | CIVIL ACTION NO. _____ |
| MARSHALLS OF MA, INC. | § § | JURY DEMANDED |

### DEFENDANT MARMAXX OPERATING CORP.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Marmaxx Operating Corp., incorrectly identified as Marshalls of MA, Inc., files its notice of removal of this civil action to the United States District Court for the Southern District of Texas, Houston Division. In support of this Notice of Removal, Defendant respectfully shows as follows:

1. On October 8, 2020, Plaintiff filed her Original Petition in Cause No. 2020-64146; Rima M. Broussard *vs. Marshall's of MA, Inc.*, in the 334th Judicial District Court Harris County, Texas, naming as the Defendant Marshalls of MA, Inc. Plaintiff's return of service indicates that Citation was served on October 20, 2020. *See* Exhibit A, an index of documents filed in the state court proceeding. Therefore, Defendant's notice of removal is timely under 28 U.S.C. § 1446(b).

2. True and correct copies of all documents filed in the state court proceeding are attached hereto and incorporated herein by reference. *See* Exhibit A.  Attached as Exhibit B is a list of all counsel of record.

3. Defendant would show that this case is removable under 28 U.S.C. § 1441, and the Court has jurisdiction over this matter, because this suit involves a controversy between citizens

of different states and the amount in controversy, exclusive of interests and costs, exceeds $75,000.00.  *See* 28 U.S.C. §§ 1332 and 1441.

4. There is complete diversity between the parties.  At the time of the filing of this action, and at the time of removal, Plaintiff was and is a citizen of the State of Texas. Defendant Marmaxx Operating Corp., the entity that owns and operates the store where the incident occurred, was and is a corporation incorporated under the laws of the State of Delaware, with its principal place of business at 770 Cochituate Rd., Framingham, MA 01701.

5. The matter or amount in controversy in this suit exceeds the sum of $75,000.00, exclusive of interest and costs.  In her Original Petition, Plaintiff seeks damages "more than $200,000 but not to exceed $2,000,000."  *See* paragraph IX in Plaintiff's Original Petition, attached as part of Exhibit A.

6. In her Original Petition, Plaintiff claims she was seriously injured as a result of Defendant's alleged negligence.  *See* paragraph VII in Plaintiff's Original Petition, attached as part of Exhibit A. Plaintiff further alleges damages including: Reasonable medical care and expenses in the past and future; physical pain and suffering in the past and future; mental anguish in the past and future; physical impairment in the past and future. *See* Paragraph IX of Plaintiff' Petition.

8. This Notice of Removal will be provided to Plaintiff by service of a copy upon her counsel of record, in accordance with 28 U.S.C. §1446(d).  Further, a copy of this Notice of Removal will be filed with the District Clerk of Harris County, in accordance with 28 U.S.C. §1446(d).

9. Therefore, Defendant Marmaxx Operating Corp. prays that this cause be removed from the 334th District Court of Harris County, Texas, to this Court, and for all other relief to which Defendant may be entitled.

Respectfully submitted,

HARTLINE BARGER LLP

*/s/ Marshall G. Rosenberg*
Marshall G. Rosenberg
State Bar No. 12771450
Kevin B. Tompkins
State Bar No. 20125690
John Busch
State Bar No. 24081914
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
mrosenberg@hartlinebarger.com
ktompkins@hartlinebarger.com
jbusch@hartlinebarger.com

ATTORNEYS FOR DEFENDANT
MARMAXX OPERATING CORP. incorrectly named MARSHALLS OF MA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by the method(s) indicated on November 19th, 2020.

James M. Lassiter, III
Timothy M. McHale
Mohammed H. Nabulsi
Hannah G. Johannes
Lassiter Law Firm
3120 Southwest Freeway, Suite 650
Houston, Texas 77098
*Via Email and/or EService: service@lassiterlaw.net and jm@lassiterlaw.net*

*/s/ Marshall G. Rosenberg*
Marshall G. Rosenberg